

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JARRATT RIPLEY, | § | No. 08-19-00040-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# P-3828-112-CR) |
| | § | |

# **O R D E R**

The Court has reviewed the letter filed by the State notifying the Court that Appellant's brief includes sensitive information. Rule 9.10 requires that sensitive data, including the name of a person who was a minor at the time the offense was committed, be redacted. See TEX.R.APP.P. 9.10(a)(3), (d). Appellant is therefore ORDERED to file a corrected brief no later than June 4, 2019 to address this defect.

IT IS SO ORDERED this 30th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.